**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Action No. 07-cr-00159-LTB-05

UNITED STATES OF AMERICA,

      Plaintiff,

vs.

MICHAEL SEXTON,

      Defendant.

---

**ORDER TERMINATING SUPERVISED RELEASE
PRIOR TO ORIGINAL EXPIRATION DATE**

---

      On August 24, 2010, the probation officer submitted a petition for early termination of supervised release in this case. On September 2, 2010, the Court ordered that the probation officer serve the petition on the United States and that the United States respond in writing within fifteen days of the date of service. The petition was served on the United States on September 2, 2010. The United States filed its response on September 10, 2010, indicating no objection to the proposed relief. Accordingly, it is

      ORDERED that the defendant be discharged from supervised release and that the proceedings in the case be terminated.

      DATED at Denver, Colorado, this __23rd__ day of September, 2010.

      BY THE COURT:

        s/Lewis T. Babcock
      LEWIS T. BABCOCK
      Senior United States District Judge